# Exhibit 1

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 11 2013

at ___ o'clock and 40 min ___ M.
SUE BEITIA, CLERK

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR13-00735 LEK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. |
| | ) |
| Plaintiff, | ) INDICTMENT |
| | ) |
| vs. | ) 18 U.S.C. § 1705 |
| | ) |
| GERARD K. PUANA, | ) [Destruction of Letter Boxes or |
| | ) Mail] |
| Defendant. | ) |
| | ) |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about June 21, 2013, in the District of Hawaii,

the defendant GERARD K. PUANA, willfully and maliciously did

injure, tear down, and destroy a letter box located at 1018

Kealaolu Avenue, Honolulu, Hawaii 96816, which was intended and

used for the receipt and delivery of mail matter on a mail route

of the United States Postal Service in violation of Title 18, United States Code, Section 1705.

DATED:   Honolulu, Hawaii, _____ July 11, 2013 _____.

A TRUE BILL

/s/ Foreperson
Foreperson, Grand Jury

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.
Chief, Criminal Division

LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

United States v. Gerard K. Puana
Cr. No. _____
"Indictment"