# Exhibit 6



**U. S. Department of Justice**
*Loretta E. Lynch*
*Attorney General*

*Michael G. Wheat*
*Special Attorney*

880 Front Street, Room 6293
San Diego, California 92101-8893
(619) 546-8437

December 15, 2016

Louis M. Kealoha
7014 Niumalu Loop
Honolulu, Hawaii 96825

Re: FBI and GRAND JURY INVESTIGATIONS

Dear Mr. Kealoha:

The Federal Bureau of Investigations has referred their investigation of your false statements, fraud, civil rights violations, aggravated identity theft, and obstruction of justice to this Office. A federal grand jury is currently investigating the circumstances relating to your actions and activities. At this time, your participation in these events makes you a target of the investigation.

Before the Department of Justice seeks an indictment and initiates a criminal prosecution of you, we would afford you and your attorney an opportunity to discuss a possible pre-indictment resolution of this case. As this is a serious matter, I urge you to have your attorney contact me as soon as possible, so that we may attempt to resolve this matter before any final action is taken by this office.

In any event, if you desire, you will be given an opportunity to testify regarding these events before the grand jury in Honolulu, Hawaii. If you wish to testify, you must notify me at (619)546-8437, before January 9, 2016. This is not a subpoena; and since you are a target of this investigation, you may decline to testify before the grand jury.

As this is a criminal matter, I must impress upon you that it would be to your benefit for you and your attorney to respond to this letter promptly and would further suggest that your attorney contact me quickly, as time is of the essence.

Very truly yours,

LORETTA E. LYNCH
Attorney General

MICHAEL G. WHEAT
Special Attorney