# Exhibit 12

**Inouye, Jerry J.**

**From:** Okimoto, Cary
**Sent:** Wednesday, January 11, 2017 3:26 PM
**To:** Leong, Donna Y L
**Subject:** RE: Funding

Donna,

Thank you for meeting with me today to get HPD's input. Given our current budget and financial situation, HPD is not able to find the money to fund a severance package for the Chief.

Cary Okimoto

---

**From:** Leong, Donna Y L
**Sent:** Tuesday, January 10, 2017 9:36 PM
**To:** Okimoto, Cary; Axt, William R.
**Cc:** Pang, Duane W. H.
**Subject:** Funding

CONFIDENTIAL AND PRIVILEGED
ATTORNEY CLIENT COMMUNICATION

Aloha Acting Chief Okimoto and Acting Deputy Chief Axt,

Deputy COR Duane Pang and I would like to visit with you tomorrow to discuss possible funding in connection with a retirement agreement . I don't yet know Duane's schedule but I'm available 11-1, 3:30 – whenever. We can walk over to HPD if that is easier for you.

Thank you.
Donna

Direct 768-5101
City Cell 679-8853