# Exhibit 13

FI-302 (Rev. 5-8-10)                        - 1 of 2 -


**OFFICIAL RECORD**
Document participants have digitally signed.
All signatures have been verified by a certified FBI information system.

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    01/25/2017

Bill Axt (AXT), Assistant Chief, Honolulu Police Department (HPD), was interviewed by telephone. After being advised of the identity of the interviewing Agent and the nature of the interview, AXT provided the following information:

AXT was HPD's Fiscal Officer prior to being promoted to Assistant Chief; AXT has a good understanding of HPD's budgetary process.

On January 12, 2017, City and County of Honolulu Corporation Counsel Donna Leong (LEONG) and Duane Pang (PANG) met with HPD Acting Chief Cary Okimoto (OKIMOTO), HPD Deputy Chief Jerry Inouye (INOUYE), AXT, and HPD Senior Legal Advisor Lynne Uyema to discuss funding in order to pay a settlement to current HPD Chief Louis Kealoha (KEALOHA) for his resignation/retirement.

During the meeting, LEONG indicated [REDACTED] she would not disclose the amount because it was highly confidential.

AXT informed LEONG that the Charter Rules state since KEALOHA was not under a contract, he was not able to obtain a settlement or severance pay from HPD.

AXT told PANG, by law, HPD cannot pay someone severance pay for something they did not do especially if the money is federally funded money. [REDACTED]

According to AXT, Corporation Counsel can settle without getting City Council's approval if the amount is under $5000. AXT understood KEALOHA's payment would be over $5000 based on recent news reports. [REDACTED]

AXT explained to the Writer that it was legal for HPD to move money

---

Investigation on  01/13/2017  at  Kapolei, Hawaii, United States (Phone)

File #  194B-HN-2124834                                   Date drafted  01/18/2017

by  Nicole Vallieres

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD- a (Rev. 05-08-10)

194B-HN-2124834

Continuation of FD-302 of (U) Interview of Assistant Chief Bill Axt (1-13-17) , On 01/13/2017 , Page 2 of 2

within activities (also referred to as bureaus) within HPD's financial department. Although, no transfer of funds from an activity could be executed without City Council approval if the cumulative amount of transfers from that activity was in excess of $100,000 or 10 percent of the amount appropriated for that activity.

HPD was also able to move money from the third quarter to the fourth quarter within the same activity to cover a shortage of funds (without City Council approval).

After his comment, AXT was "kicked out" of the meeting by LEONG.

AXT advised OKIMOTO that unless the payment is related to salary, HPD cannot pay it.

OKIMOTO spoke with LEONG and advised she go through the City Council for approval of any payments to KEALOHA;

AXT stated HPD has done settlement agreements from the salary budget, however, those settlements are all done legally. HPD's salary budget is short this year and projected to be short for next quarter. HPD also provides lump sum payouts to individuals whose vacation hours accumulated at the time of separation. There is a line item in HPD's budget for this payout.

