# Exhibit 14

FD-302 (Rev. 5-8-10)                                                - 1 of 1 -                                         

UNCLASSIFIED//FOUO

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     02/03/2017

On January 12, 2017, Honolulu Police Department (HPD) Deputy Chief Jerry Inouye (Protect Identity) telephonically contacted Federal Bureau of Investigation (FBI) Supervisory Special Agent (SSA) Matthew McDonald. Inouye asked SSA McDonald to meet in person.

On January 12, 2017, at approximately 8:30 p.m., SSA McDonald met with Inouye at his residence. Inouye told SSA McDonald that Donna Leong, Corporation Counsel for the City and County of Honolulu, had a meeting with Inouye, HPD Acting Chief Cary Okimoto, HPD Acting Deputy Chief William "Bill" Axt and HPD Senior Legal Advisor Lynn Uyema earlier. At this meeting ███████████████████████████████████████████████████████████████████. Inouye was concerned that this was an illegal use of funds. Inouye advised that during a subsequent phone call, Okimoto recorded his conversation with Leong ███████████████████████████████████████████████████████████████████. Inouye provided a compact disk (CD) containing the recorded conversation between Okimoto and Leong to SSA McDonald.

On January 13, 2017, SSA McDonald provided the respective CD containing the recorded conversation between Okimoto and Leong to District of Hawaii Assistant United States Attorney (AUSA) Rachel Moriyama, Civil Division. AUSA Moriyama was utilized as a filter attorney to determine if there were any client-attorney privilege issues with regard to the respective recording. AUSA Moriyama deemed that the recording had no client-attorney privilege issues and provided the recording on CD back to SSA McDonald. SSA McDonald provided the CD to FBI SA Nicole Vallieres.

Subsequently, SA Vallieres submitted the respective CD to FBI ELSUR Evidence Control who assigned the respective recording 1D1 as an identifier.

UNCLASSIFIED//FOUO

estigation on   01/12/2017   at   Honolulu, Hawaii, United States (In Person)

File #   194B-HN-2124834                                                      Date drafted   01/20/2017

by   Darrin Sakanoi, Nicole Vallieres

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.