# Exhibit 15

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



91-1300 Enterprise Avenue Kapolei, HI 96707

| | |
|---|---|
| File Number: | 194B-HN-6341993 |
| Requesting Official(s) and Office(s): | US DOJ FBI Honolulu Field Office |
| Task Number(s) and Date Completed: | 1/17/2017 |
| Name and Office of Linguist(s): | OST Tamara L Heck |
| Name and Office of Reviewer(s): | Hawaii Police Department – Internal Affairs |
| Source Language(s): | English |
| Target Language: | English |

Source File Information
  CD/File –Conversations took place 01/12/2017 approximately 0800hrs.

### VERBATIM TRANSCRIPTION

Participants:
  Donna Last Name Unknown   DL
  Cary Okimoto             CO

Abbreviations: (Delete if not needed.)

LNU: Last Name Unknown
PH: Phonetic Spelling
UI: Unintelligible

UNCLASSIFIED

UNCLASSIFIED

[TN: ]

All names are written with phonetic spelling. Not sure of exact spelling.

Disk 1 of 4 translating for case.

Corrections to document per HPD are made in blue. Transcription was reviewed by participants in recorded dialogue.

UNCLASSIFIED

UNCLASSIFIED

Disk 1 of 4 (7:28)

[Phone Rings]

DL: Hello?

CO: Um Donna [PH]?

DL: Yes

CO: Hi, this is Cary Okimoto [PH] calling you back. Sorry I was in meetings all morning.

DL: No problem. Hold on a second, yeah?

CO: Okay.

[Pause – unknown background noise]

DL: Thanks for calling back Cary.

CO: Oh, no problem.

DL: This is wild, but um you [UI] you know I saw your email last night.

CO: Uh huh?

DL: Um is it truly just a funding issue or is there something else going on?

CO: [Signs] Well yeah, I mean mostly it's a funding issue but you know we stuck. We don't have the money.

DL: Okay, so when I'm really stuck on BFS [PH] stuff kind of issues [breathes in] ▓▓▓
▓▓▓▓  ▓▓▓▓

CO: Uh huh

DL: ▓▓▓▓▓▓▓▓▓▓▓

CO: Okay, [Chuckle]

DL: ▓▓ w▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
  w▓.

CO: Uh-huh

1
UNCLASSIFIED

UNCLASSIFIED

Disk 1 of 4 (7:28)

DL: ████████████████████

CO: Uh huh

DL: ████████████████████

CO: Uh huh

DL: ████████████████████

CO: Uh huh

DL: ████████████████████

CO: I yeah well then comes the other issue besides the funding yeah and and by by law anything over a hundred-thousand dollars needs city council approval.

DL: ████████████████████

CO: Yeah...

DL: ████████████████████

CO: Hm

DL: ████████████████████

CO: Uh huh

DL: ████████████████████

CO: Uh huh



2
UNCLASSIFIED

UNCLASSIFIED

Disk 1 of 4 (7:28)

DL: He just notifies council. He doesn't ask for their permission, he notifies them on a quarterly basis. ▓▓▓▓▓

CO: Uh huh

DL: ▓▓▓▓▓

CO: Uh huh.

DL: ▓▓▓▓▓

CO: Uh huh.

DL: ▓▓▓▓▓

CO: [Sigh] I Why does the money why do I have to ask for the money though? If you don't mind me asking? Why can't it just come straight from BFS [PH] to him? I mean I-I-I don't understand why it has to come out of our budget cuz if we-we lose that kind of money we gon have to cut services ya know? We have...

DL: ▓▓▓▓▓

CO: Uh...I don't know have to talk to him and find out but

DL: Well, the - his fiscal guy wanted to talk to your fiscal guy

CO: Uh huh.

DL: About uh mechanics.

CO: Okay.

DL: And timing. You know when do you think? I - I believe. He said he will have his fiscal person, Kelly [PH].

CO: Who is that guy?

DL: Kelly Nishimura [PH], he, she's a fiscal officer I think she even services my department. You know just to help with

3
UNCLASSIFIED

UNCLASSIFIED

Disk 1 of 4 (7:28)

CO: Kelly Nishimura… [PH]

DL: Something like that.

CO: Okay.

DL: That person will talk to I don't know if it's Bill Axt or whoever.

CO: Uh huh.

DL: [redacted]

CO: Uh huh.

DL: [redacted]

[Background noise]

DL: [redacted]

CO: Oh well I'm gonna have to check on that. Okay I'll check on it. I'll go look up her number and we'll get together.

DL: Um let me tell, do you want me to tell Nelson to have Kelly call you?

CO: Um…yeah that will be fine.

DL: Ok, she was the one I just talked to your fiscal person, but hold on a second, let me get um, is it I don't have your number memorized.

CO: Well, well what's her number? Do you have her number? We can call her.

DL: Um kay. You know what call Nelson

CO: Ok, we'll call Nelson.

DL: Um do you have his number?

4
UNCLASSIFIED

UNCLASSIFIED

Disk 1 of 4 (7:28)

CO: Yes we do.

DL: Ok Something like, something 03.

CO: Okay.

DL: Go talk to him. ███████████

CO: Okay, let me know talk to him. Okay thanks, okay bye.

DL: Sure thing.

[Phone Hangs Up]