# Exhibit 16



# CITY COUNCIL
CITY AND COUNTY OF HONOLULU
530 SOUTH KING STREET, ROOM 202
HONOLULU, HAWAII 96813-3065
TELEPHONE: (808) 768-5010 • FAX: (808) 768-5011

**RON MENOR**
Chair and Presiding Officer
Honolulu City Council
City and County of Honolulu
530 S. King Street, Room 202
Honolulu, Hawaii 96813
TELEPHONE: (808) 768-5009
FAX: (808) 768-5011
EMAIL: rmenor@honolulu.gov

*[Received stamp: 2017 JAN 12 PM 2:53 POLICE COMMISSION C&C OF HONOLULU]*

January 12, 2017

Mr. Max Sword
Chair
Police Commission
City and County of Honolulu
1060 Richards Street, Suite 170
Honolulu, Hawaii 96813

Dear Chair Sword:

On behalf of the Honolulu City Council, I would like to request a briefing for the councilmembers about the ongoing discussions surrounding the retirement of Honolulu Police Chief Louis Kealoha before the commission votes on the retirement agreement that you referred to after the Commission's meeting of January 6, 2017.

Our constituents have raised significant concerns about the possibility of the Commission entering into a retirement agreement with Chief Kealoha without knowing all of the details.

The members of the City Council would like to understand how the Commission is managing the Chief's retirement after 33 years with the department. Moreover, will the Commission be submitting a proposed agreement for Council review and approval?

Thank you for your attention to this matter.

Very sincerely yours,

*[signature]*

Ron Menor
Chair and Presiding Officer
Honolulu City Council