# Exhibit 19

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



91-1300 Enterprise Avenue Kapolei, HI 96707

| | |
|---|---|
| File Number: | 194B-HN-6341993 |
| Requesting Official(s) and Office(s): | US DOJ FBI Honolulu Field Office |
| Task Number(s) and Date Completed: | 1/17/2017 |
| Name and Office of Linguist(s): | OST Tamara L Heck |
| Name and Office of Reviewer(s): | Hawaii Police Department – Internal Affairs |
| Source Language(s): | English |
| Target Language: | English |

Source File Information
   CD/File    Conversations took place 01/13/2017 (1300-1430hrs)

### VERBATIM TRANSCRIPTION

Participants:
    Cary Okimoto
    Donna Leong
    Nelson Koyanagi
    Max Sword

Abbreviations:
PH: Phonetic Spelling
UI: Unintelligible
IA: Inaudible
SC: Simultaneous Conversation

UNCLASSIFIED

UNCLASSIFIED

[TN: ]

Disk 3 of 4 translating for case.

Cary Okimoto is Chief. He is in recording 1 and believe is also in recording 2.

Names are by phonetic spelling.

Corrections to document per HPD are made in blue. Transcription was reviewed by participants in recorded dialogue.

UNCLASSIFIED

UNCLASSIFIED

Disk 3 of 4 (9:35)

[Knocking sound]

| | |
|---|---|
| Cary Okimoto: | Hello? |
| Donna Leong: | Hey Cary [PH], its Donna  and Nelson [PH]. |
| Cary Okimoto: | Oh hi. |
| Nelson Koyanagi: | Hi Chief. |
| Cary Okimoto: | Hi. |
| Donna Leong: | So I thought the four of us could get on a line together so that everybody can hear at one time what Nelson said to me uhm which I think may be because of the communication got lost about the process. |
| Cary Okimoto: | Uh-huh. |
| Donna Leong: | And we could check with DHR about how they typically characterize it when they do uhm things like this for other employees in the city. |

[Siren in background]

Donna Leong:



Nelson Koyanagi: Uh-huh. Yes it is.

UNCLASSIFIED

Disk 3 of 4 (9:35)

| | |
|---|---|
| Donna Leong: | So that's how it would work. |
| Cary Okimoto: | Well, that's – that's not how I read it when I'm - I'm getting advised on the RO. You know because anything over $100,000 we got to notify council. |
| | [IA] |
| Donna Leong: | What is an RO, Cary [PH]? |
| Cary Okimoto: | Revised Ordinance. |
| Donna Leong: | Which RO? |
| Cary Okimoto: | Uhm [sighs] I got to - I got to look it up but I don't have it - |
| Nelson Koyanagi: | I mean, I mean the budget [UI] 100,000 that you're talking about. |
| Cary Okimoto: | Yeah? |
| Nelson Koyanagi: |  |
| Cary Okimoto: | Okay, I - I understand that but we're only allotted a certain amount for the Chief's office. |
| Nelson Koyanagi: | Okay. |
| Cary Okimoto: |  |

2
UNCLASSIFIED

UNCLASSIFIED

Disk 3 of 4 (9:35)

Nelson Koyanagi: 

[Phone Buzzes]

Nelson Koyanagi: 

Cary Okimoto: Uh-huh

Nelson Koyanagi: Uhm this year what we did was the police department from the vacancy account we - we gave you zero because we are kind of tight with the vacancy money. So technically you had vacancies. We just didn't give you an allotment. And that's only a BFS [PH] uhm, you know. Uh, we just did that internally in BFS [PH].

Cary Okimoto: Well, I don't – I don't feel comfortable doing this at all. You know that. I do not. I telling - telling you that right now. I - I just feel that we - we are violating the law and circumventing the system by doing this. And I don't feel comfortable doing it. And – and - and I have to, with all due respect I telling you guys this is - I don't feel comfortable doing this and - and uhm I – I don't know what is going on but I'm trying to look up the RO right now just for your information.

3
UNCLASSIFIED

UNCLASSIFIED

Disk 3 of 4 (9:35)

| | |
|---|---|
| Donna Leong: | What does - what does the RO say Nelson [PH]? Are you familiar with that RO? |
| Nelson Koyanagi: | Uhm if you're looking at the budget ordinance? |
| Donna Leong: | Oh. |
| Cary Okimoto: | Yeah. |
| Donna Leong: | Is that what it is? |
| Nelson Koyanagi: | Yeah. |
| Donna Leong: | Is that what it is? So it's not revised ordinance? It's the budget bill? |
| Nelson Koyanagi: | No that's for the uhm - |
| Donna Leong: | The hundred-thousand - |
| Nelson Koyanagi: | The vacan-uh yeah. The hundred-thousand is mentioned in there [UI] revisal for that. |
| Donna Leong: | Oh okay. So it's the revisal? |
| Nelson Koyanagi: | Uh-huh |
| Donna Leong: | Okay. |
| Nelson Koyanagi: | [UI] |
| Donna Leong: | Okay so you know Chief, I uhm I think on that particular concern that you just expressed, uh I think I would like to have Duane Pang [PH] call you. Uhm - |
| Nelson Koyanagi: | Okay. |
| Donna Leong: | Yeah, because he's the, he's uhm, an HR person. |
| Cary Okimoto: | Uh-huh. |

4
UNCLASSIFIED

UNCLASSIFIED

Disk 3 of 4 (9:35)

Donna Leong: [redacted] But I am going to have my deputy uhm call you directly so that he can explain his position to you.

Cary Okimoto: Okay.

Donna Leong: [redacted] perhaps you and I need, or you and Max [PH] and I need to have a further discussion on that point face-to-face and I am happy to do that. Uhm but let me have Duane [PH] call you first okay?

Cary Okimoto: Okay, fair enough. Okay.

Donna Leong: And then your concern about the $1000 or $100,000 thing, [redacted]

Cary Okimoto: Okay.

Donna Leong: Alrighty.

Cary Okimoto: Okay. Thank you. Okay.

Donna Leong: Max [PH] do you have anything else?

Max Sword: Nope, no I just hope that we can uh work it out otherwise, uh, we're in for a [laughter] an ugly session.

Donna Leong: Okay.

Cary Okimoto: Okay. Okay. Thank you.

Max Sword: [UI] Do you want to meet later today or…

Cary Okimoto: I-I-I I'm already – I'm already booked up uhm I-I'll talk to Duane [PH] and then I have to get together with my fi-finance team and I'll have somebody from finance call you guys. That's the best I can do.

UNCLASSIFIED

Disk 3 of 4 (9:35)

| | |
|---|---|
| Donna Leong: | [UI] okay |
| Cary Okimoto: | Okay, thanks. |
| Donna Leong: | Thank you. |
| Cary Okimoto: | Okay bye bye. |

[Recording Ends]