# Exhibit 20

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



91-1300 Enterprise Avenue Kapolei, HI 96707

| | |
|---|---|
| File Number: | 194B-HN-6341993 |
| Requesting Official(s) and Office(s): | US DOJ FBI Honolulu Field Office |
| Task Number(s) and Date Completed: | 1/18/2017 |
| Name and Office of Linguist(s): | OST Tamara L Heck |
| Name and Office of Reviewer(s): | Hawaii Police Department – Internal Affairs |
| Source Language(s): | English |
| Target Language: | English |

Source File Information
   CD/File      Conversations took place 01/13/2017 (right after phone call #3)

## VERBATIM TRANSCRIPTION

Participants:
   Cary Okimoto
   Duane Pang

Abbreviations:
PH: Phonetic Spelling
UI: Unintelligible
IA: Inaudible
SC: Simultaneous Conversation

UNCLASSIFIED

UNCLASSIFIED

[TN: ]

Disk 4 of 4 translating for case.

Cary Okimoto is Chief. He is in Recording 1 and 3. Also, believe in recording 2 as UM.

Names are by phonetic spelling.

Please note this recording tries to depict Subject Duane Pang's stutter.

Corrections to document per HPD are made in blue. Transcription was reviewed by participants in recorded dialogue.

UNCLASSIFIED

UNCLASSIFIED

Disk 4 of 4 (8:58)

[Recording Begins]

[Background Noise]

[Phone Rings]

| | |
|---|---|
| Cary Okimoto: | [Clears throat] Kay. Chief Okimoto may I help you? |
| Duane Pang: | Yeah, Chief this is uh Duane Pang from the [UI] Corporation Counsel's office. |
| Cary Okimoto: | Oh hi. |
| Duane Pang: | Hi, Donna [PH] asked me to give you a call uhm mostly to uh – because you had concerns about this - this uhm severance procedure. |
| Cary Okimoto: | Yes. |
| Duane Pang: | |
| Cary Okimoto: | Uh-huh. |
| Duane Pang: | |
| Cary Okimoto: | Well… |
| Duane Pang: | |
| Cary Okimoto: | I see it very differently. |
| Duane Pang: | Okay. |
| Cary Okimoto: | |
| Duane Pang: | Yeah. Yeah. Yeah. Yeah |
| Cary Okimoto: | |



UNCLASSIFIED

UNCLASSIFIED

Disk 4 of 4 (8:58)

Duane Pang:      Right, right, right, right.

Cary Okimoto:    ████████████████████

[SA]

Cary Okimoto:    - And that's totally - that's totally different from -

Duane Pang:      ████████████████████████████

Cary Okimoto:    Correct.

Duane Pang:      ████████████████████████████

Cary Okimoto:    Okay.

Duane Pang:      ████████████████████████████

Cary Okimoto:    I know, but I...

Duane Pang:      Yeah.

Cary Okimoto:    But why -why don't we call it what it is?  So the
                 settlement shouldn't come from us.

Duane Pang:      

Cary Okimoto:    And I and - and I gladly take on that fight because I just found the section
                 -

Duane Pang:      Yeah. Yeah.

Cary Okimoto:        - Of the RO 2-17.2

2
UNCLASSIFIED

UNCLASSIFIED

Disk 4 of 4 (8:58)

Duane Pang:        Yeah.

Cary Okimoto:      Subsection -

Duane Pang:        Uh-huh.

Cary Okimoto:      Uhm, C1 which says no transfer of funds from an activity shall be
                   executed -

Duane Pang:        Right.

Cary Okimoto:      - Without Council approval by resolution when the cumulative amount of
                   transfers from that activity shall total an excess of $100,000 or ten percent.

Duane Pang:        

Cary Okimoto:      No, I know.

Duane Pang:        

Cary Okimoto:      Thank you.

Duane Pang:        

Cary Okimoto:      █████████████████████████ you know Duane [PH] I
                   not comfortable with any of this hanky-panky or you know I-I I'm not an
                   attorney I not going to pretend to be.

Duane Pang:        Uh-huh.

Cary Okimoto:      You know but, I - I don't want to do anything you know immoral, illegal
                   and – and - and I don't want to have to lie.

Duane Pang:        

Cary Okimoto:      Yeah.

3
UNCLASSIFIED

UNCLASSIFIED

Disk 4 of 4 (8:58)

Duane Pang:         ███████████████████████████

Cary Okimoto:       Yeah.

Duane Pang:         █████████████████████████████████████
███████████

Cary Okimoto:       Yeah.

Duane Pang:         ███████████████████████████

Cary Okimoto:       ██████████████████████ I'm going to be flatly against it to
have them use my money ████████████████

Duane Pang:         Yeah.

Cary Okimoto:       Fine. I guess I got to go that way.

Duane Pang:         Yeah, yeah.

Cary Okimoto:       But I'm, I'm...

Duane Pang:         █████████████████████████████████████████████

Cary Okimoto:       ██████████████████████████████████

Duane Pang:         ██████

Cary Okimoto:       ██████████████████

Duane Pang:         ██████

Cary Okimoto:       ████████

Duane Pang:         ███████████████████████████████████████████

Cary Okimoto:       Yeah, but -

Duane Pang:         ███████████████████████████████████████
██████

4
UNCLASSIFIED

UNCLASSIFIED

Disk 4 of 4 (8:58)

| | |
|---|---|
| Cary Okimoto: | Yeah and you know what? |
| Duane Pang: | Uh-huh. |
| Cary Okimoto: | I know that it's not unusual. |
| Duane Pang: | Uh-huh. |
| Cary Okimoto: | But this is unusual. |
| Duane Pang: | ██████████████████ |
| Cary Okimoto: | ████████████████████████████████ |
| Duane Pang: | ████ |
| Cary Okimoto: | ██████████████████████ |
| Duane Pang: | ████ |
| Cary Okimoto: | ██████████████████████████ |
| Duane Pang: | ████ |
| Cary Okimoto: | ██████████ |
| Duane Pang: | ██████████████████████████████ |
| Cary Okimoto: | Okay. |
| Duane Pang: | Uh, I don't know if you talked to Nelson [PH], he's the one - I mean I just got out of a meeting. |
| Cary Okimoto: | Well, Nelson [PH], you know, Nelson [PH] is just not, you know, being as courageous as I think he would be. Because I talked to this guy over my budget and he wouldn't give me cars for God's sake and now he going give me – now he going to give me this? |
| Duane Pang: | [Laughter] |
| Cary Okimoto: | ████████████████████████ |

5
UNCLASSIFIED

UNCLASSIFIED

Disk 4 of 4 (8:58)

| | |
|---|---|
| Duane Pang: | Right. |
| Cary Okimoto: | Give me a break. |
| Duane Pang: | ████████████████████████████████████ |
| Cary Okimoto: | ████████████ |
| Duane Pang: | ████████████████████ |
| Cary Okimoto: | ██ |
| Duane Pang: | ████████████████████████████████ |
| Cary Okimoto: | ███ |
| Duane Pang: | ████████████████████ |
| Cary Okimoto: | ██ |
| Duane Pang: | ████████████████████████████ |
| Cary Okimoto: | Because you know why, because just between you and me I have accountants downstairs. CPAs. |
| Duane Pang: | Yeah, yeah, yeah. |
| Cary Okimoto: | And they said if you have a city position - |
| Duane Pang: | Uh-huh. |
| Cary Okimoto: | - And you get money. You pay bonuses or severance, or whatever. |
| Duane Pang: | Yeah. |

UNCLASSIFIED

UNCLASSIFIED

Disk 4 of 4 (8:58)

Cary Okimoto:    That's against federal law.

Duane Pang:    Uh….

Cary Okimoto:    That's on the CPA test.

Duane Pang:    Excuse me?

Cary Okimoto:    That's on the CPA test. They telling me. That's – that's against federal law. You can't do that.

Duane Pang:    CPA test – CPA test.

Cary Okimoto:    So just - I'm just letting you know brah I-I cannot put my CPA's in jeopardy like that.

Duane Pang:    Okay.

Cary Okimoto:    You know, so I'm just telling you Duane [PH]. I don't feel comfortable doing this.

Duane Pang:    Okay, okay.

Cary Okimoto:    Because city agencies you don't get –

Duane Pang:    I'll let Donna [PH] know.

Cary Okimoto:    Yeah.

Duane Pang:    I'll look - I'll look into that.

Cary Okimoto:    Okay.

Duane Pang:    I'll look into that. I'm not - I'm not aware - like I'm not aware -

Cary Okimoto:    Yeah, well.

Duane Pang:    I'm not aware of that. But I will - I will look into that.

Cary Okimoto:    Okay I appreciate it. And thanks for calling.

Duane Pang:    Okay .

Cary Okimoto:    Okay pal.

Duane Pang:    Okay bye, Chief.

7

UNCLASSIFIED

UNCLASSIFIED

Disk 4 of 4 (8:58)

Cary Okimoto:          Kay bye.

UNCLASSIFIED