# Exhibit 23



# HONOLULU POLICE DEPARTMENT

### A Message from Acting Chief Cary Okimoto
*January 19, 2017*

To the Men and Women of HPD,

The Honolulu Police Commission announced the terms of its retirement agreement with Chief Kealoha yesterday.

We respect the Police Commission and its service to the HPD and the people of Honolulu, and we appreciate their assistance during this time of transition.

The HPD does not support or oppose the retirement agreement. However, I would be remiss if I did not express my concern. For the record, I am opposed to the use of departmental monies to fund the severance payment. The department did not participate in the discussion process and was only informed of the final decision shortly before yesterday's news conference.

As the leaders of this department, we have the responsibility to do what it best for the community and for all of our employees. We have an obligation to the public to maintain public safety and police services, and we will not take any action that could be detrimental to either.

As always, thank you for your continued support and hard work. Both are sincerely appreciated.

Aloha,

Acting Chief Cary Okimoto