# Exhibit 24

**Vallieres, Nicole L. (HN) (FBI)**

**From:** Axt, William R. [waxt@honolulu.gov]
**Sent:** Wednesday, January 25, 2017 4:40 PM
**To:** Vallieres, Nicole L. (HN) (FBI)
**Subject:** Max

**From:** Okimoto, Cary
**Sent:** Wednesday, January 25, 2017 9:20 AM
**To:** Uyema, Lynne Goto; Axt, William R.; Inouye, Jerry J.
**Subject:**

All,

On January 24, 2017, at 1905 hours, I received a telephone call from HPC Chair Max Sword. He indicated that he had viewed the media reports about the internal message I had sent regarding the severance package that was negotiated for Chief Kealoha. He felt that I was consulted about the situation, even though I was in disagreement about the money coming from the HPD budget. He requested if I called contact HNN to make clarification but I respectfully declined to make any contact, and I was standing by the statement in my internal message. I further told him that the internal message was to communicate with all employees regarding the negotiations and it was not intended to be given to the media. He understood.

Chair Sword indicated that he would contact the media to correct their story.

Cary

1