# Exhibit 25

**Vallieres, Nicole L. (HN) (FBI)**

| | |
|---|---|
| m: | Axt, William R. [waxt@honolulu.gov] |
| | Wednesday, January 25, 2017 4:37 PM |
| | Vallieres, Nicole L. (HN) (FBI) |
| **Subject:** | FW: MEETING WITH THE MANAGING DIRECTOR |

**Assistant Chief William R. Axt**
**Honolulu Police Department**
**Administrative Bureau**
**(808)723-3860**
waxt@honolulu.gov

**From:** Okimoto, Cary
**Sent:** Wednesday, January 25, 2017 2:25 PM
**To:** Axt, William R.; Uyema, Lynne Goto; Inouye, Jerry J.
**Subject:** MEETING WITH THE MANAGING DIRECTOR

On January 25, 2017, at 1300 hours, AC Axt, DC Inouye and I attended a meeting with Managing Director Roy Amemiya which occurs regularly (once a month, 4th Wednesday of the month). Initially we met about different agenda topics that had occurred during the last few weeks. At the completion of the meeting, Mr. Amemiya asked for he, and I to speak privately. In private, he asked about the internal memo I had sent to the employees of HPD. I explained that the employees had a right to know what was occurring with the severance agreement with Chief Kealoha and the HPC. I told him that I had no opinion about the severance, but I was against having the money come out of the HPD budget. He ~~~med to be unaware that the money was coming out of the HPD budget and asked where I had heard that. I indicated I was told by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ HPC Chair Max Sword, that the monies to pay Chief ~aloha were coming out of HPD budget. The media reported the same. I further explained to Mr. Amemiya that I felt that by using HPD monies was against the Revised Ordinance, and that I had told ▓▓▓▓▓▓ Sword about that. Mr. Amemiya indicated that he would speak with Ms. Leong for clarification.

Toward the end of the conversation, he asked me, "you really digging your heels in about this?" I told him that I believe in what I am doing is the right thing and I will not violate the Revised Ordinance. He further stated that both he and the Mayor were concerned that I was burning bridges by not allowing the money to be paid from the HPD budget.

1