# Exhibit 28

| Pay Period End Date: | 01-26-2017 | **CITY AND COUNTY OF HONOLULU** | |
|---|---|---|---|
| Employee ID: | 0000021363 | Name: | LOUIS M KEALOHA |
| Check Date: | 01-26-2017 | Check Number: | 000000020600767 |
| Control Number: | 4300617 | Payroll Number: | CCH1 |



| Department / Unit: | HPD/ 0094 | Total Gross Amt: | $250,000.00 | YTD Gross Amt: | $266,267.34 |
|---|---|---|---|---|---|
| Pay Location: | HPDBA1 | Total Deductions Amt: | $90,000.00 | Net Pay Amt: | $160,000.00 |
| Federal Tax Exemptions: | S 1 | State Tax Exemptions: | S 1 | Reissue: | No |

| EARNINGS | | | |
|---|---|---|---|
| Description | Pay Rate | Input Amount | Pay Amount |
| SVN PAY NO RET | | 250,000.00 | $250,000.00 |

| DEDUCTIONS | | |
|---|---|---|
| Description | Deduction Amount | YTD Deduction Amount |
| FEDERAL TAX | $62,500.00 | $65,429.64 |
| STATE TAX | $27,500.00 | $28,630.62 |
| MEDICAL PRE TAX | $0.00 | $446.80 |
| DENTAL PRE TAX | $0.00 | $41.26 |
| VISION PRE TAX | $0.00 | $6.28 |
| DRUG PRE TAX | $0.00 | $106.24 |
| PENS CONTRB PLN | $0.00 | $1,935.82 |
| DEFRD COMP C-UP | $0.00 | $650.00 |
| CU DD POL | $0.00 | $515.00 |
| HPD RELIEF FUND | $0.00 | $36.12 |
| SHOPO ASC DUES | $0.00 | $70.00 |
| SHOPO OPT AD&D | $0.00 | $8.00 |

| LEAVE | | | |
|---|---|---|---|
| Description | Cur Acc | Cur Usage | Cur Balance |
| | | | |

| TAXABLE FRINGE BENEFITS | | |
|---|---|---|
| Description | Amount | YTD Amount |
| | | |

**EXHIBIT J**

Payroll Check Status Inquiry                                                                                         Page 1 of 1

Menu

**Payroll Check Status Inquiry**

Employee ID : 0000021363   Name : KEALOHA, LOUIS M
Appointment ID :

| Appointment ID | Pay Event Type | Event Date | Retro Effective Date | Input Amount | Dollar Amount | Document Code | Document Department | Document ID |
|---|---|---|---|---|---|---|---|---|
| | SVN | 01/26/2017 | | 99,999.00 | 99999.00 | OTPAY | BFS | 17012600000000015471 |
| | SVN | 01/26/2017 | | 99,999.00 | 99999.00 | OTPAY | BFS | 17012600000000015471 |
| | SVN | 01/26/2017 | | 50,002.00 | 50002.00 | OTPAY | BFS | 17012600000000015471 |

First Prev Next Last   Download
Search

Appointment ID :                          Document Code : OTPAY
Pay Event Type : SVN                      Document Department : BFS
Pay Event Type Desc : SVRANCE PAY          Document ID : 17012600000000015471
Event Date : 01/26/2017                   Line # : 1
Input Amount : 99,999.00                  Sub-Line # : 00
Dollar Amount : 99999.00                  Detail Type :
Retro Effective Date :                    WDR Used : ☐
Retro : ☐                                 Entity Adjustment : ☐



EXHIBIT K

https://advantagehrm/webapp/HRMPSRV1/Advantage;jsessionid=00004DwUxs4ylaRVLYpGN6tFypc:18rv9th9a                           2/2/2017