# Exhibit 29

FD-302 (Rev. 5-8-10)                                          - 1 of 5 -

UNCLASSIFIED//FOUO

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/13/2017

On February 03, 2017, Honolulu Police Department (HPD) Acting Chief (AC) CARY OKIMOTO, Deputy Chief (DC) JERRY INOUYE, Acting Deputy Chief (ADC) WILLIAM AXT and Senior Legal Advisor LYNN UYEMA (Protect Identities) were interviewed by Federal Bureau of Investigation (FBI) Assistant Special Agent in Charge (ASAC) Tuan Nguyen, Special Agent (SA) Nicole Vallieres and SA Darrin Sakanoi at the District of Hawaii United States Attorney's Office (USAO), 300 Ala Moana Boulevard, Honolulu, Hawaii 96850. Also present during the interview were Assistant United States Attorney (AUSA) Lawrence Tong and by telephone AUSA Michael Wheat. After being advised of the nature of the interview, AC OKIMOTO, DC INOUYE, ADC AXT and UYEMA provided the following information:

AC OKIMOTO, DC INOUYE and ADC AXT attended a Honolulu Police Commission (HPC) public hearing/meeting on February 01, 2017. As background, HPC Chair Max Sword has been insinuating that HPD was okay with the $250,000 settlement/retirement payment to Chief Loius Kealoha. At HPD's main station, just prior to the HPD meeting/hearing, Sword asked AC OKIMOTO, DC INOUYE and ADC AXT to stop talking to the media as he felt they were talking to the media too much. During the HPC meeting, ADC AXT cited the Revised Ordinances of Honolulu (ROH) and stated that HPD will have to go before the Honolulu City Council for approval for additional funds due to Chief Kealoha's retirement/settlement payment.

AC OKIMOTO, DC INOUY█████████████████████████████████████████
reti█████████████████████████████████████████oblem they had was the settlement payment being taken out of HPD's budget. $250,000 taken out of HPD's budget will cause a shortfall whereby HPD will eventually █████████████████████████████████████████
trans█████████████████████████ity to cover the shortage.

During the a break at the HPC meeting on February 01, 2017, news reporters Gordon Pang and Nick Grube asked AC OKIMOTO, DC INOUYE and ADC AXT questions with regard to the respective payment to Chief Kealoha. ADC AXT told the reporters that HPD personnel did not process the settlement /retirement payment for Chief Kealoha. ADC AXT advised the reporters to talk to Duane Pang (Honolulu Deputy Corporation Counsel) for answers on the respective payment.

UNCLASSIFIED//FOUO

Investigation on    02/03/2017    at Honolulu, Hawaii, United States (In Person)

File #    194B-HN-2124834                                            Date drafted    03/29/2017

by    Darrin Sakanoi, Nicole Vallieres, Tuan Nguyen M

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

194B-HN-2124834

Continuation of FD-302 of (U//FOUO) Meeting with HPD Executive Management on 02/03/2017 , On 02/03/2017 , Page 2 of 5

AC OKIMOTO advised that the day after the HPC meeting/hearing, Sword called him and was upset with what ADC AXT had stated during the meeting and what they were saying to reporters.

ADC AXT referring to a pay statement, for Louis M. Kealoha advised it appeared there was a check cut to Kealoha on January 26, 2017. The gross amount of the settlement payment was $250,000 less deductions of $90,000 for a net of $160,000. ADC AXT stated that based on a 25% Federal and 11% State tax withholding (which would approximate Chief Kealoha's withholdings), the total Federal and State withholding of a $250,000 payment comes out to $90,000. ADC AXT stated that the respective payment was charged to Fund 110 (General Fund), Unit 1312 (Chief's Office), and Object 1101 (Regular Pay) which is the location in their statement of expenditures and encumbrances of base pay salary. ADC AXT advised that HPD did not consider the settlement/retirement payment to Chief Kealoha as base pay salary.

ADC AXT advised that Araya Hachai (HPD Accountant 5) pulled information from BFS's (Budget and Fiscal Services) payroll system regarding the $250,000 payment to Chief Kealoha. ADC AXT referred to 2 documents one titled "Document Catalog" and the other titled "Payroll Check Status Inquiry." The document titled "Document Catalog" among other things, included the following:

- Code: OTPAY
- Dept: BFS
- ID: 17012600000000015471
- Date: 1/26/17
- User ID: rina jung

The document titled "Payroll Check Status Inquiry" among other things, included the following:

- Employee ID: 0000021363
- Name: KEALOHA, LOUIS M

- Pay Event Type: SVN
- Event Date: 01/26/2017
- Input Amount: 99,999.00
- Dollar Amount: 99999.00
- Document Code: OTPAY
- Document Department: BFS
- Document ID: 17012600000000015471

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

194B-HN-2124834

Continuation of FD-302 of (U//FOUO) Meeting with HPD Executive Management on 02/03/2017 , On 02/03/2017 , Page 3 of 5

- Pay Event Type: SVN
- Event Date: 01/26/2017
- Input Amount: 99,999.00
- Dollar Amount: 99999.00
- Document Code: OTPAY
- Document Department: BFS
- Document ID: 170126000000000015471

- Pay Event Type: SVN
- Event Date: 01/26/2017
- Input Amount: 50,002.00
- Dollar Amount: 50002.00
- Document Code: OTPAY
- Document Department: BFS
- Document ID: 170126000000000015471

The respective documents will be maintained in the 1A section of this case file.

AC OKIMOTO, DC INOUYE, ADC AXT and UYEMA felt the above three transactions of 99,999, 99,999 and 50,002 totaling $250,000, were very suspicious and believed BFS was inputting the respective transactions in this manner to avoid a transaction equaling or exceeding 100,000. These transactions clearly show that BFS was aware of the $100,000 limit. AC OKIMOTO, DC INOUYE, ADC AXT and UYEMA agree these transactions look like structuring.

ADC AXT advised that the "Pay Event Type" "SVN" meant Severance pay and appeared to be a new code that was created. ADC AXT noted that if the payment was considered a salary it would go towards increasing Kealoha's high three retirement computation. AXT stated that ERS (State of Hawaii Employees' Retirement System) would decide whether the payment should go into Kealoha's pension computation or not.

ADC AXT stated that the "Document Code" "OTPAY" does not mean overtime pay, but is a code payroll uses for lump sum pay.

ADC AXT advised that when BFS cuts a check, HPD usually does not receive a hard copy of the check.

ADC AXT stated that BFS utilizes a Bank of Hawaii account for payroll. A physical check could have a computer generated signature. If the amount of the check was high, ADC AXT believed someone would physically sign the check. With regard to Chief Kealoha's payment

UNCLASSIFIED//FOUO

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

194B-HN-2124834

Continuation of FD-302 of (U//FOUO) Meeting with HPD Executive Management on 02/03/2017 , On 02/03/2017 , Page 4 of 5

described above, the check was processed by Rina Jung who is employed by BFS in the Payroll Department.

ADC AXT advised that Patrick, also known as Hon Mon Lai, is the Chief of the BFS Payroll Department. ADC AXT stated that per his conversation with Lai, Lai advised that NELSON KOYANAGI told Lai that he met with Chief Okimoto and Okimoto told KOYANAGI it was okay to process the payment to Chief Kealoha. Lai followed orders from KOYANAGI and processed the respective check.

ADC AXT advised that the payment of $250,000 to Chief Kealoha will be posted as a deduction to HPD's account on February 13, 2017.

ADC AXT stated that Hachai prepared a projection with respect to the budget/funding for the Chief's Office account. Hachai's projection stated they were further in deficit than two weeks ago and will be short $143,000, before the respective $250,000 is charged to HPD. In the fourth quarter, they will be short approximately $400,000. ADC AXT advised that HPD can get an exemption from BFS to move funds from the fourth quarter to cover shortages in the third quarter. However, this will place HPD further in deficit for the fourth quarter.

AC OKIMOTO and ADC AXT stated that during AC OKIMOTO's call with DONNA LEONG, she advised HPD [redacted]

AC OKIMOTO advised that only Max Sword from HPC was coming down on them and asked them to keep their mouths shut. AC OKIMOTO was not sure how much the other HPC Commissioners knew about HPD's opposition to paying for Chief Kealoha's settlement/retirement agreement. AC OKIMOTO stated that it appeared Sword and Corporation Counsel were working together with respect to this issue. Sword stated that he is not an attorney and, therefore, deferred to Corporation Counsel with respect to this matter.

ADC AXT advised that he would like to know if he is incorrect with his analysis/conclusion (that HPD should not pay for Chief Kealoha's salary based on Revised Ordinances of Honolulu and the City Charter) and if there is an exemption to this, they (Corporation Council and/or BFS) should let him know.

AC OKIMOTO, DC INOUYE and ADC AXT stated that the Mayor's goal this year was to be transparent. In this respective matter, HPD is trying to be transparent, but are being told to be quiet. When HPC Commissioners ask HPD questions in a public forum they have to provide an answer. If HPD is asked a question and they do not answer it, it looks like they are

UNCLASSIFIED//FOUO

trying to hide something. HPD is trying to rebuild the public's trust in them and strongly feel they have to refute any accusation or comment that states they are involved in agreeing to pay for Chief Kealoha's settlement/retirement agreement, when they know this is not following proper procedures and is illegal per state law.

AC AXT advised that HPD still owes Chief Kealoha a lump sum payment for vacation, sick leave and/or comp time when he officially retires on March 01, 2017. The amount of the lump sum payment will be provided to BFS who will cut the respective check.

AC AXT stated that Chief Kealoha's retirement agreement is contradictory as it relates to the lump sum payment amount of $250,000.

Sword and LEONG have known each other since working together at Outrigger Hotels. LEONG was Outrigger's in house counsel and Sword was a lobbyist, at the time.

Ernest Nomura is currently HPD's Corporation Counsel representative. Krishna (phonetic) Last Name Unknown (LNU) is possibly a special appointed council to HPC. Nomura and Krishna LNU work under LEONG.

LEONG's position as Honolulu Corporation Counsel is appointed by the Mayor. Deputy Corporat███████████████████████████████████by her a████████████████████████████████████████them go at any time. Honolulu Corporation Counsel represents all City and County of Honolulu Departments. Deputy Corporation Counsel Duane Pang has a budget background ███████████████████████████████████████████

AC OKIMOTO, DC INOUYE and ADC AXT believe LEONG's loyalty would be to someone high up in her chain of command.

AC OKIMOTO, DC INOUYE and ADC AXT advised that no one has told them how the $250,000 paid to Chief Kealoha will be coming back to HPD's budget. They believe HPD's budget will not be replenished.

The next HPC meeting is scheduled for February 15, 2017.