# Exhibit 31

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



91-1300 Enterprise Avenue Kapolei, HI 96707

| | |
|---|---|
| File Number: | 194B-HN-6341993 |
| Requesting Official(s) and Office(s): | US DOJ FBI Honolulu Field Office |
| Task Number(s) and Date Completed: | 2/2/2017 |
| Name and Office of Linguist(s): | OST Tamara L Heck |
| Name and Office of Reviewer(s): | Hawaii Police Department – Internal Affairs |
| Source Language(s): | English |
| Target Language: | English |

Source File Information
CD/File – WS117691

## VERBATIM TRANSCRIPTION

Participants:

| | |
|---|---|
| Jerry Inouye | JI |
| Cary Okimoto | CO |
| Debbie Kamanao | DK |
| Max Sword | MS |
| William Axt | WA |

Abbreviations: (Delete if not needed.)
OV: Overlapping Voices
PH: Phonetic Spelling
UI: Unintelligible

UNCLASSIFIED

UNCLASSIFIED

[TN: ]

Recording numbered WS117691.

Names inferred from previous transcriptions relating to case.

Corrections to document per HPD are made in blue. Transcription was reviewed by participants in recorded dialogue.

UNCLASSIFIED

WS117691 (17:51)

Recording Begins

[Background Noise: 0:00 – 0:49]

UM1: [Quietly] Excuse me.

[Background Noise]

UM1: [Quietly] Sorry.

[Background Noise]

[Furniture Shuffle]

CO: [Quietly] Is this accurate?

[Papers shuffling]

[Background Noise]

JI: Do you need help with that?

CO: No, I will just break if they have questions.

JI: So basically a Sanctuary city is -

CO: They-they don't [UI]

JI: They don't honor the detainers by Immigrations. HSI.

CO: But is this accurate though? Generally, right? I looked it up. I don't want to get deep into it but basically they don't enforce immigration laws.

JI: The problem with this is, typically we don't do it either. We don't enforce it.

CO: I know ours is not a Sanctuary city.

JI: Yeah but this is saying so technically we don't enforce [UI] law but we cooperate right? If they have a detainer, we'll turn over the guy to them.

CO: Yeah, so if we're made aware of any violations we'll contact them.

JI: The best way to say this, to me, is a Sanctuary city is a city where the local law enforcement refuses…

1
UNCLASSIFIED

WS117691 (17:51)

| | |
|---|---|
| CO: | They refuse? |
| JI: | Refuses to turn over, refuses to honor detainers issued by the Feds. |
| CO: | [UI] Refuses |
| JI: | To honor... |
| CO: | To honor... |
| JI: | Detainers...issued by the Feds. HSI. |
| CO: | What is HSI? |
| JI: | Homeland Security Investigations used to be ICE. |

[Background Noise]

[Continuous Unintelligible Background Conversation]

[Background Noise]

[Yawn]

[Background Noise]

| | |
|---|---|
| DK: | Just to let you know, I looked on the internet. 2020 is on there. |
| WA: | It is? |
| DK: | On the internet. |
| WA: | Ooh no, but that's |
| DK: | So... |
| WA: | Is that the updated version or... |
| DK: | Yup, 17 is in there. |
| WA: | Ooh on the public website? |
| DK: | Um-hum. |
| WA: | That's what I thought. |

WS117691 (17:51)

[Background Noise]

[Unintelligible Background Conversation]

[Background Noise]

UM1: [UI] before our meeting?

[Computer Noise]

[Unintelligible Background Conversation]

[Typing Sound]

[Knock on Door]

[Unintelligible Background Conversation] [Cough]

---

**Main Conversation**

In Room: MS, CO, WA, and JI

MS: [UI]

UM1: [UI]

MS: Not too bad, not too bad.

UM1: Doctor, doctor, doctor.

[Background Noise]

MS: You saw that movie?

UM1: No

MS: Uh it's the movie with Dan Aykroyd and Chevy Chase? And they were acting as doctors. And they went to like Iraq or something like that. They were trying to uh secret service that employed them to infiltrate, go over there. Anyway, part of the disguise was being doctors. Well, they don't know shit about doctoring right so they didn't know [UI]

UM1: [laughter]

MS: - doctor, doctor, doctor, doctor. No real quick. Ah the article in the paper.

UNCLASSIFIED

WS117691 (17:51)

CO: Um-hum

MS: Okay uhm...

[Flushing Sound]

MS: I, yeah, I-I know everything is done already. Uhm and so forth and I just want to know, how long we are going to continue that on. Uh I would suggest, what I'm afraid of is I don't want this to drive a wedge between you folks and the rest of us.

CO: Neither do I. The question that was posed to us

MS: I-I think the best thing to do from now on from a PR standpoint is that you have a statement written whenever. Just leave it as that don't make any more comments after.

CO: Yeah I mean I want to...

MS: [OV] [UI] I mean they're going to nitpick and nitpick and that's why he emailed me. I gave him, you know, I gave him my reply and just said you know uh the thing was to thank the HPD for uh you know facilitating the-the payout. That-that was it.

WA: Yeah

MS: No more uh

WA: I think, and yeah we were fine. This is just from my perspective

MS: Yeah

WA: And um just not to make any comment but just that portion to say thank you HPD for facilitating the payment Um HPD didn't facilitate payment.

MS [OV] No I understand but it came out of HPD but that-that wasn't the word I said. I said what-what I was thanking HPD for...forgot what I put in there but basically just to kinda, it didn't – it didn't give them anymore cause to dig some more and continue it on. Yeah and-and like I said it's basically just to ask that question.

CO: Yeah

MS: And-and I just don't want to drive a wedge between us.

CO: No I, absolutely not. We know that.

UNCLASSIFIED

WS117691 (17:51)

MS: [OV] So-so that's what I'm saying. The easiest thing is to do what they require and the statement from...

CO: And that's what I plan to do sir but um just understand after he – he was talking to you

MS: Yeah

CO: Then he came and...

MS: [OV] Yeah, yeah, yeah, yeah, yeah

CO: [OV] He talked to us and he wanted to know he said this.

MS: Yeah

CO: And that's what they're trying to do.

MS: [OV] No, I

CO: [OV] And I don't like it

MS: I understand that and my advice is the simplest thing to do is

WA: A statement has been made -

MS: The statement been made -

CO: - we're done.

MS: And that's it. We're moving on. Because the more you add to it...that's why if you read my statement it was basically an-an a nothing statement but basically just to cut them off and everything so. That-that is something to before you go down is that everyone's favorite commissioner down there uh [pause] want's me to, ask you a whole bunch of questions but I'm going to ask it but there is one that I'm not going to ask and that she wanted to have um a protocol on how to uh interact with the rank and file in regards to the Chief. In other words, let me read it word for word so [laughter] you know what I'm talking about. I'm reluctant to – I'm reluctant to bring it up so I'm not going to bring it up. So it says uh it says to help develop a protocol by which could hear from the rank and file in a confidential and safe way as to how they think the chief of police is performing.

CO: Well we've had...

MS: [OV] And and

UNCLASSIFIED

WS117691 (17:51)

| | |
|---|---|
| CO: | We've had talks with SHOPO regarding the survey. We've all had a – we welcome, we talked to SHOPO this past week and they broached uh the part about the survey and we welcome that. |
| MS: | Okay, so you don't mind me asking that question? |
| CO: | No |
| MS: | Okay, okay. I just thought you know I-I the thing is I told her I don't want to micromanage okay. I-I-I refuse to do that. |
| CO: | But you know, we need to know how we're doing. |
| MS: | Okay, okay. |
| CO: | So it's, it's fair. |
| MS: | So okay that's a fair question. I'll-I'll rephrase it uh maybe I'll say how the department is performing. Because that's reflective of the Chief anyway. |
| CO: | Yeah... |
| MS: | Because if we know how the department is-is working. |
| CO: | [OV] You can ask it how [UI] |
| MS: | [OV] It says to help us develop a protocol by which we can hear from the rank and file [UI] |
| WA: | [OV] It sounds like she's asking if she can have protocol set up so she can have subordinates or someone talk to her. |
| MS: | Yeah, yeah. |
| CO: | rather then |
| MS: | No, no, no, no. I'm-I'm if we do this I'm going to have to run through commission. It's not going to be individual commissions. It's going to be run through the commission. |
| CO: | Okay. |
| MS: | I-I-I it's |
| CO: | [OV] It sounds like she |

6
UNCLASSIFIED

UNCLASSIFIED

WS117691 (17:51)

MS: No, no, no, no, no ah ah no. Whenever I talk about doing stuff like this it's the full commission. It's not one individual commissioner so.

CO: If you ask me that question...

MS: [OV] I'm not, I'm not...

CO: I mean you know what would – you...the question is what are you trying to do to bridge that gap between you rank and file and the administration. How-how do you get feedback from them.

MS: Yes

CO: That's what I'm going to say we ah we were approached by the union as far as having the survey.

MS: Okay, why don't you say that? I'll ask the question. I'll rephrase it differently – how-how the department uh...

CO: [UI] Rank and file [UI]

MS: [OV] Yea, vis-à-vis the Chief and so forth. How-how the department is running. And I think the answer, the short answer is yes we are in discussion with SHOPO [PH] on how we are going to do this because I also would like to find out how-how we're doing.

CO: Exactly.

MS: Okay. That's fair enough. I wasn't going to ask the question

CO: [OV] No [UI]

MS: It's kind of pointed.

WA: You know, one of the things the mayor brought up in the beginning of this fiscal year is for all departments to be more transparent. And that's something we are working and I know that you brought it up at meetings too that it's important that HPD is transparent.

MS: Yeah

WA: So as early as yesterday we met SHOPO to talk about some of the concerns that they had and that's when this whole thing came up with the survey and we welcome it because it-it works both ways. If we are to be transparent we have to work together um

WS117691 (17:51)

| | |
|---|---|
| MS: | Yeah |
| WA: | They have to know where we stand and vice versa. |
| MS: | [OV] Yeah, yeah so um you folks are working with the budget now? |
| WA: | Working with the budget? [UI] budget processes [UI] |
| MS: | I-I I'm going to ask the Commissioners so we are supposed to at least look at the budget |
| WA: | Correct. I-I |
| MS: | [OV] Last time I was on the budget committee was like [laughter] five years ago or six years ago. That's the last I heard. |
| WA: | Ok, but the thing is this. I can go over the basic timeline if you like but the way it works is in May. May is when you start work working on it…Yeah, so May of 2016 is when you start the 18 budget. So we already met with the management director and basically worked out everything in BFS in December |
| MS: | [OV] Okay [UI] So maybe the fair question is right now, is that I will ask you folks anything in the budget we need to know about or need-need to since we're supposed to |
| WA: | I'm going to open up that door and I'm going to have to bring up the fact, I'm going to have to bring up the fact that um we were notified in the last week or so that BFS wants up to cut 5.7 million dollars from our salary budget. |
| MS: | Okay, okay that's why. |
| WA: | That's a concern that we have as we are already underfunded this year. [UI] |
| MS: | [OV] Okay and that's good to know. We can kind of make a push for that. But that's a fair question. Yea, because it's good to let the rest of the commission know that they are asking you guys to cut major [UI] |
| WA: | Yeah huge. |
| MS: | Okay, okay thank you. Is this your dart board? |

[Laughter]

[Recording Ends]