# Exhibit 32

FD-302 (Rev. 5-8-10)

- 1 of 2 -



UNCLASSIFIED//FOUO

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    02/23/2017

On February 02, 2017, at approximately 1:00 p.m., Honolulu Police Department (HPD) Deputy Chief (DC) JERRY INOUYE (Protect Identity) met with Federal Bureau of Investigation (FBI) Special Agent (SA) Darrin Sakanoi at the Zippy's Restaurant on 1222 South King Street, Honolulu, Hawaii. DC INOUYE provided the following information:

DC INOUYE voluntarily provided SA Sakanoi with two compact disks (CDs) and advised that the CDs contained the following recorded conversations:

1. On February 01, 2017, DC Inouye, HPD Acting Chief (AC) Cary Okimoto and HPD Acting Deputy Chief (ADC) William Axt met in person with Honolulu Police Commission (HPC) Chair Max Sword prior to the HPC public meeting/hearing that day. During this meeting, Sword told them that they were talking to the media too much.
2. On February 02, 2017, AC Okimoto spoke telephonically with Sword. During this conversation, Sword was "pissed" at what HPD and ADC Axt mentioned at the HPC meeting and/or to the media the day before.

DC INOUYE stated that during the HPC public hearing on February 01, 2017, HPC Commissioner Loretta Sheehan brought up questions with regard to the Chief Louis Kealoha's Severance agreement.

DC INOUYE advised that Honolulu Deputy Corporate Counsel Duane Pang was at the HPC meeting. City Managing Director Roy Amemiya was not at the meeting.

DC INOUYE stated that Sword was mad that they (HPD) were speaking to the media at the HPC meeting.

DC INOUYE advised that he did not believe Sword at any time, told HPC that HPD did not agree with HPD's funding of Chief Louis Kealoha's severence. DC INOUYE was 100% sure that Sword did not share his knowledge of HPD's position to the other HPC Commissioners.

DC INOUYE stated that HPD received a letter from Honolulu City Council Member Ernie Martin in support of HPD with regard to their stance on Chief Kealoha's severance. Martin stated in the letter to, "Stay the course" and

UNCLASSIFIED//FOUO

---

estigation on   02/02/2017   at   Honolulu, Hawaii, United States (In Person)

File #   194B-HN-2124834                                          Date drafted   02/22/2017

by   Darrin Sakanoi

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

UNCLASSIFIED//FOUO

194B-HN-2124834

Continuation of FD-302 of (U//FOUO) Meeting with HPD Deputy Chief Jerry Inouye , On 02/02/2017 , Page 2 of 2

funding for Chief Kealoha's severance should not come out of HPD funds. DC INOUYE advised that Martin does not see "eye to eye" with the Mayor.

DC INOUYE advised that Honolulu Charter Amendment 1 (2016) regarding HPC's greater authority to suspend or dismiss the Chief of Police, does not change the duties of HPC. HPC does not have the authority to tell HPD how to spend their money.

On February 02, 2017, at approximately 3:49 p.m., SA Sakanoi provided the two CDs described above to FBI SA Elvis Ulufanua in the parking lot of the Kapolei High School, 91-5007 Kapolei Parkway, Kapolei, Hawaii. SA Ulufanua is the FBI Filter Agent with respect to this investigation. SA Sakanoi did not review/listen to the respective CDs at any time between receiving the CDs and providing it to SA Ulufanua.

UNCLASSIFIED//FOUO