# Exhibit 36

I, Acting Chief of Police Cary Okimoto, on behalf of the Honolulu Police Department and the City and County of Honolulu, waive to the full extent of my authority any attorney-client privilege with respect to any communications with and legal advice received from the Department of Corporation Counsel relating to the negotiation and implementation of a settlement agreement between the Honolulu Police Commission and then-HPD Chief Louis Kealoha, including the payment of $250,000 settlement to Kealoha. This waiver shall apply to both past and future communications of a similar nature relating to the Kealoha settlement payment.

Dated:   April 27, 2017

CARY OKIMOTO
Acting Chief
Honolulu Police Department